No. 458, Misc. CRANSTON v. BALTIMORE & OHIO RAILROAD Co. C. A. 3d Cir. Certiorari denied. *Louis C. Glasso* for petitioner. *Vincent M. Casey* for respondent.

No. 460, Misc. RICH v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 463, Misc. COLEMAN v. SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. C. A. 4th Cir. Certiorari denied.

No. 465, Misc. DIXON v. SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 468, Misc. BARNES v. AMERICAN BROADCASTING Co. ET AL. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Perry S. Patterson* and *Don H. Reuben* for the Mutual Broadcasting System, Inc., respondent.

No. 477, Misc. WILLIAMS v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 495, Misc. FRANICH, BY HIS GUARDIAN AD LITEM, v. GREAT NORTHERN RAILWAY Co. C. A. 9th Cir. Certiorari denied. *Joseph P. Monaghan* for petitioner. *Edwin S. Booth* and *John J. Burke, Jr.* for respondent.

No. 500, Misc. PURCILLA v. BANNAN, WARDEN. C. A. 6th Cir. Certiorari denied.